SEYFARTH SHAW LLP
Kathryn C. Palamountain (Cal. Bar No. 183246)
cpalamountain@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:  (713) 225-2300
Facsimile:   (713) 225-2340

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE-MARIE WILSON,<br><br>    Plaintiff<br><br>v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | CASE NO.: 3:16-cv-00577-JCS<br><br>**JOINT STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE** |

This Stipulation is made by and between Plaintiff RONNIE-MARIE WILSON ("Plaintiff"), and Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("JPMorgan") (collectively, "the Parties"), by and through their respective counsel of record, with reference to the following facts:

1. Plaintiff filed his Complaint against Defendant on February 3, 2016.

2. Defendant waived service on February 12, 2016.

3. The responsive pleading is currently due April 12, 2016.

4. The allegations of the Complaint involve conditions at a JPMorgan branch.

5. Parties are exploring the possibility of an early resolution of this matter and believe that settlement may be possible without the need for Defendant to file a responsive pleading.

6. The parties have stipulated to a three-week extension of the responsive deadline, making the proposed deadline for JPMorgan to file a responsive pleading May 3, 2016.

7. The Parties have not previously requested a time extension in this case for any reason, and the stipulated extension will not interfere with other deadlines.

NOW THEREFORE, the Parties stipulate and jointly request that the Court extend the responsive pleading deadline from April 12, 2016 to May 3, 2016.

**SO STIPULATED.**

DATED: April 1, 2016

Respectfully submitted,

MOORE LAW FIRM, P.C.

By: */s/ Tanya E. Moore (by permission)*
     Tanya E. Moore

Attorneys for Plaintiff
RONNIE-MARIE WILSON

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Kathryn C. Palamountain*
     Kathryn C. Palamountain

Attorneys for Defendant
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

Dated: 4/1/16

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 1, 2016                          By:/s/  Kathryn C. Palamountain
                                                        Kathryn C. Palamountain

                                                        Attorneys for Defendant
                                                        JPMORGAN CHASE BANK

## CERTIFICATE OF SERVICE

I, do hereby certify that I have caused a true and correct copy of the foregoing document to be served upon the following by filing the same with the Court's CM/ECF electronic filing system on this 1st day of April 2016:

**Tanya E. Moore**
Moore Law Firm, P.C.
332 North Second Street
San Jose, California  95112
service@moorelawfirm.com

*Attorneys for Plaintiff*

                                                        /s/ Kathryn C. Palamountain
                                                        Kathryn C. Palamountain